UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRACY FIDEL ALFORD,<br><br>   Petitioner,<br><br>   vs.<br><br>JEFF MACOMBER, Acting Warden,[1]<br><br>   Respondent. | Case No: C 10-4414 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: 3/31/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] Jeff Macomber, the current acting warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1
2
3
4
5
6
7
8
9
10
11
12
13
14    P:\PRO-SE\SBA\HC.10\10-4414 - Alford - Order Denying Petition for Writ of Habeas Corpus 041014.docx
15
16
17
18
19
20
21
22
23
24
25
26
27
28